**Application granted in part.** Plaintiff shall file proof of service by **October 23, 2025**. The initial pre-trial conference scheduled for October 28, 2025, is rescheduled to **November 18, 2025**, at **3:00 P.M.** The parties shall file a joint Proposed Case Management Plan and Scheduling Order and a joint letter on ECF by **November 10, 2025**, with the information noted in the Order dated September 12, 2025, at Dkt. No. 6.

Dated: October 20, 2025
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**



October 20, 2025

**Robert W. Phelan**
Direct Phone (212) 908-1274
Direct Fax    (866) 850-7490
rphelan@cozen.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

    Re:    Chubb Custom Insurance Company as subrogee of Sadeca Realty LLC v. Linked Mechanical LLC
            Civil Action No.:    25 CV 07537 (LGS)
            Our File No.:      00609607

Dear Judge Schofield:

    I represent the Plaintiff in the above recently-filed lawsuit.

    The Court scheduled an initial in-person conference for October 28, 2025 at 3:00 p.m. I am requesting an adjournment as I am unavailable as I am personally speaking at a legal conference in California. The event was scheduled months ago prior to the filing of the lawsuit, and the Court's order.

    Furthermore, the Defendant was only recently served on October 15, 2025. As such, to date, the Defendant has not yet appeared by Counsel or contacted my office. Therefore, I am unable to obtain the consent of the Defendant.

    In this regard, plaintiff kindly requests a thirty-day adjournment of the October 28, 2025 conference until December 5, 2025 to allow for the appearance of Defendant and my attendance. Please note that this is the first request for an adjournment.

    If Your Honor has any questions regarding the foregoing matter, please do not hesitate to contact the undersigned.

The Honorable Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
October 20, 2025
Page 2

_____

      Otherwise, I thank Your Honor in advance for your time and attention to this matter.


      Sincerely,

      COZEN O'CONNOR

      By:  Robert W. Phelan